WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| U. S. of America ) ) | case ç  1:15cr10018-5JDB |
| vs ) | Judge    Daniel   Breem |
| Amy Junior ) | |

MOTION TO AMEND JUDGEMENT & COMMITMENT ORDER

Now comes a motion, from Any Junior, pro se, moving the Court to consider issuing an amended J & C to reflect the concurrent sentence that was received.

## ANALYSIS

This defendant was picked up by the feds March 2015. I was in custody since September 29, 2014  I have never left custody of prison.   The feds sentenced me to 120 months, running concurrent with my state sentence.  I was given 222 jail credit days.   My current outdate is April 2024.

My sentence imposed from the state was 8 yrs. and 2 years.   I know that this is complicated.  I would like for the Courts to adjust my time to reflect the state sentence that is concurrent, which would call for a downward adjustment, to 6 years, or 72 months.

Sincerely,

Amy Junior, pro se
# 27334-076

*Amy Junior* 3/26/2019

RECEIVED BY
APR 1 2019
Thomas M. Gould, Clerk
U.S. District Court
W D OF TN, Jackson